518

Ernest Lee CARROLL, Plaintiff–
Appellant,

v.

Kevin REESE; Arthur L. Thom-
as; Geraldine Steedley; Thomas
Dobson, Defendants–Appellees.

No. 10–7245.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 24, 2011.

Decided: March 2, 2011.

Ernest Lee Carroll, Appellant Pro Se.
Matthew Blaine Rosbrugh, MBR Law,
LLC, Columbia, South Carolina, for Appel-
lees.

Before GREGORY, SHEDD, and
KEENAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Ernest Lee Carroll appeals the district
court's order accepting the recommenda-
tion of the magistrate judge and denying
relief on his 42 U.S.C. § 1983 (2006) com-
plaint. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Carroll v. Reese,* No. 9:09–cv–
00199–PMD, 2010 WL 3399888 (D.S.C.
Aug. 25, 2010). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*